# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2010

Marilyn Kelly,
Chief Justice

140741

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                SC: 140741
                                                 COA: 288509
                                                 Oakland CC: 2008-220070-FC
NELSON OLWALDO MENDOZA,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

p0719